# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Bobby C. Stevens,                    Civil No. 11-2294 (RHK/JJG)

             Plaintiff,          **DISQUALIFICATION AND**
                                      **ORDER FOR REASSIGNMENT**

vs.

SmithKline Beecham Corporation, d/b/a
GlaxoSmithKline,

             Defendant.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 19, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall **not** replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  August 11, 2011

                              s/Richard H. Kyle
                              RICHARD H. KYLE
                              United States District Judge